UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**PROGRESSIVE CLASSIC INSURANCE COMPANY,**

       **Plaintiff,**

                                             Civil Action No. 04-2887-DV

v.

**SCOTT SARTIN d/b/a PYRAMID ESCORT SERVICES, PYRAMID ESCORT SERVICE, INC., DONALD DAVIDSON, BRIAN MURPHY, CARVER BOAT CORPORATION, LLC, JUSTUS BOAT TRANSPORT "SOUTHERN" INC., SCITUATE YACHT COMPANY, INC., and ESSEX INSURANCE COMPANY,**

       **Defendants.**

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

THIS CAUSE came on to be heard upon the Default Judgment as to Defendants Scott Sartin d/b/a Pyramid Escort Services and Pyramid Escort Service, Inc., the Final Judgment Order as to Defendants Scott Sartin d/b/a Pyramid Escort Services and Pyramid Escort Service, Inc., entered on April 11, 2005, and upon the entire record in this cause, from all of which the Court finds that Plaintiff's cause of action as to Defendants Donald Davidson, Brian Murphy, Carver Boat Corporation, LLC, Justus Boat Transport "Southern" Inc., Scituate Yacht Company, Inc., and Essex Insurance Company, should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY THE COURT that Plaintiff's cause of action as to Defendants Donald Davidson, Brian Murphy, Carver Boat

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



1

Corporation, LLC, Justus Boat Transport "Southern" Inc., Scituate Yacht Company, Inc., and Essex Insurance Company, be and the same are hereby dismissed without prejudice.

This 25th day of April, 2005.

_____
JUDGE


APPROVED FOR ENTRY:

SPICER, FLYNN & RUDSTROM, PLLC

_____
KENNETH R. RUDSTROM #5054
Brinkley Plaza
80 Monroe Avenue, Suite 500
Memphis, Tennessee 38103
(901) 523-1333


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on counsel of record by mailing a copy of same by U. S. Mail, to Scott Sartin, 6321 Brandersham, Memphis, TN 38134, Pyramid Escort Service, Inc., 6321 Brandersham, Memphis, TN 38134 Mr. Jay Starrett and Mr. Steven Stanaszak, 555 East Wells Street, Suite 1900, Milwaukee, WI 53202-3819 and Jean Gardner, 14 Penn Plaza, Suite 500, New York, NY 10122, postage pre-paid, this 20th day of April, 2005.

_____
Rick Rudstrom

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02887 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Kenneth R. Rudstrom
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103

Steven F. Stanaszak
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells St.
Ste. 1900
Milwaukee, WI 53202

Jay R. Starrett
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells St.
Ste. 1900
Milwaukee, WI 53202

Honorable Bernice Donald
US DISTRICT COURT