UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION



PROGRESSIVE CLASSIC INSURANCE  
COMPANY

JUDGMENT IN A CIVIL CASE  
CASE NO: 04-2887-D

v.

SCOTT SARTIN d/b/a PYRAMID ESCORT
SERVICES, PYRAMID ESCORT SERVICE, INC.,
DONALD DAVIDSON, BRIAN MURPHY, CARVER BOAT
CORPORATION, LLC, JUSTUS BOAT TRANSPORT
"SOUTHERN" INC., SCITUATE YACHT COMPANY, INC.,
and ESSEX INSURANCE COMPANY

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Final Judgment Order as to Defendants Scott Sartin d/b/a Pyramid Escort Service, Inc., entered on April 12, 2005 and the Order of Dismissal Without Prejudice entered on April 28, 2005, this cause is hereby dismissed.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 11, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_____
(By) / Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02887 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Kenneth R. Rudstrom
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103

Jay R. Starrett
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells St.
Ste. 1900
Milwaukee, WI 53202

Steven F. Stanaszak
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells St.
Ste. 1900
Milwaukee, WI 53202

Honorable Bernice Donald
US DISTRICT COURT